1424

It is hereby ordered that said appeal is unanimously dismissed without costs (*see generally Matter of Fox v Fox*, 93 AD3d 1224, 1224 [2012]). Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ In the Matter of AUSTIN M., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Appellant. (Appeal No. 2.) [945 NYS2d 587]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered July 6, 2011. The order, among other things, adjudged that petitioner did not engage in reasonable efforts to effectuate the adoption of Austin M.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ In the Matter of ALEXIA L., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHU L., Appellant. (Appeal No. 1.) [945 NYS2d 587]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered April 27, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ In the Matter of BRANDON L., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHU L., Appellant. (Appeal No. 2.) [945 NYS2d 587]—Appeal from an order of the Family Court, Chautauqua County (Judith S. Claire, J.), entered April 27, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.

■ In the Matter of CARYN A. CONSILIO, Appellant, v CHRISTOPHER TERRIGINO, Respondent. [946 NYS2d 364]—

Appeal from an order of the Family Court, Monroe County (Thomas W. Polito, R.), entered March 17, 2011 in a proceeding pursuant to Family Court Act article 6. The order denied the petition.